UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Teanna Colvin,<br><br>　　　　　　　Defendant. | CVB Case No. 9:25-PO-5041-KLD<br><br>Ticket No. F06I004J<br><br>Location Code: M10<br><br>Disposition Code:　PE |

### JUDGMENT IN A CRIMINAL CASE

The Defendant, Teanna Colvin, was present in court and entered a plea of no contest to the charge of:

36 CFR 261.53E Closed-Health or Safety

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

- Defendant must pay a fine in the amount of $50.00 plus $40.00 in fees for a total of $90.00.

　　☒　Defendant must pay by check or money order payable to U.S. COURTS CVB and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Defendant may also pay online at www.cvb.uscourts.gov.

　　☒　The fine shall be paid as follows:　Starting July 15, 2025, monthly payments of $30.00 shall be paid until paid in full.

Defendant is advised that pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.   If you appeal, you will be required to pay a $39 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment:   June 26, 2025

June 26, 2025
Date Signed

_____
Kathleen L. DeSoto
United States Magistrate Judge